FILED
JUN 26 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | 3:19 CR 399 |
| ) | JUDGE CARR |
| v. ) | CASE NO. MAG. JUDGE KNEPP |
| ) | Title 21, United States Code, |
| FELIPE PENUELAS-RODRIGUEZ, ) | Sections 841(a)(1) and (b)(1)(A) |
| REYNA TREJO, ) | and 846; Title 18, United States |
| ) | Code, Section 2 |
| Defendants. ) | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846)

The Grand Jury charges:

1. On or about June 6, 2019, in the Northern District of Ohio, Western Division, Defendants FELIPE PENUELAS-RODRIGUEZ and REYNA TREJO did knowingly, and intentionally combine, conspire, confederate, and agree with diverse others, to possess with the intent to distribute at least 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and 846.

COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2)

The Grand Jury further charges:

2. On or about June 6, 2019, in the Northern District of Ohio, Western Division, Defendants FELIPE PENUELAS-RODRIGUEZ and REYNA TREJO did knowingly and intentionally possess with intent to distribute at least 400 grams or more of a mixture or

substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation in Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant FELIPE PENUELAS-RODRIGUEZ shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation; including, but not limited to $1,303.00 in U.S. Currency seized on June 6, 2019.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.