

FILED
JUN 27 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:19CR399 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JAMES R. KNEPP, II |
| REYNA TREJO | ) | |
| | ) | **WAIVER OF DETENTION HEARING** |
| Defendant. | ) | **AND ORDER** |
| | ) | |

REYNA TREJO, the above named defendant, accused of having violated 21: 846; 21: 841(a)(1) + (b)(1)(A), + 18:2 advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date.

_____
Defendant

_____Jane E. Roman_____
Counsel for Defendant

IT IS SO ORDERED.

_____James R. Knepp_____
James R. Knepp, II
United States Magistrate Judge