AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

RECEIVED
2019 JUN 27  A 10: 06
U.S. MARSHALS
TOLEDO, OH

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Reyna Trejo | ) | Case No. **3:19 CR 399** |
| | ) | **JUDGE CARR** |
| | ) | **MAG. JUDGE KNEPP** |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Reyna Trejo ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21 U.S.C. Section 846 - Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 2 - 21 U.S.C. Sections 841(a)(1) and (b)(1)(A) and 18 U.S.C. Section 2 - Possession with Intent to Distribute a Controlled Substance

Date: 06/26/2019

*Issuing officer's signature*

City and state: Toledo, Ohio

Jennifer M. Smith, Courtroom Deputy
*Printed name and title*

FILED 2019 JUN 28 PM 12:2 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

### Return

This warrant was received on *(date)* 6/27/19 , and the person was arrested on *(date)* 6/27/19
at *(city and state)* TOLEDO, OH .

Date: 6/27/19

S/A
*Arresting officer's signature* HSI

S/A ANDREW WATTS HSI
*Printed name and title*